Elizabeth S. LaCour, Appellant, v. Lauritz LaCour and "Jane" LaCour, the Name "Jane" Being Fictitious, True First Name of Defendant Being to Plaintiff Unknown, Respondents.— Judgment unanimously affirmed, with costs, the court being of opinion that there was no evidence of any willful or malicious act upon the part of either parent to entice their son away from plaintiff or to cause him to leave her. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Laura Lewis, Respondent, v. The City of New York and Nevins Bus Lines, Inc., Defendants, and Queens Bus Lines, Inc., Appellant.— Order substituting Queens Bus Lines, Inc., as a defendant in the place and stead of Nevins Bus Lines, Inc., affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper and Tompkins, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to reverse upon the ground that there is no power in the court to substitute appellant as defendant in place of the Nevins Bus Lines, Inc.

Charles Mandel, Respondent, v. Pauline Mandel, Appellant.— On argument, order modified so as to provide that the amount allowed as temporary alimony be increased to forty dollars per week and the amount allowed as counsel fee be increased to $400, and as so modified affirmed, with ten dollars costs and disbursements to appellant. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

Mario Mariani, Respondent, v. E. A. Laboratories, Inc., Appellant. Frank Mariani, Respondent, v. E. A. Laboratories, Inc., Appellant. Joseph Casiraghi, Respondent, v. E. A. Laboratories, Inc., Appellant.— Judgments unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Modern Security Company, Appellant, v. Joseph Gerace and Jennie Gerace, Respondents.— Judgment and order affirmed, with ten dollars costs. No opinion. Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent.